# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN


U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2022 DEC -5 P 2: 31
CLERK OF COURT

(Full name of plaintiff)

Brandyn M. Stevens

v.

(Full name of defendant(s))

William Pollard,

John Kind, Jay Van lanen, Cpt. Swickatawski,.

Mike Ritchie, Rachelle Ritchie

Case Number:

**22- C-1451**

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of <u>Wisconsin</u>, and is located at
   (State)

   <u>Greenbay Correctional Institution</u>
   (Address of prison or jail)

2. Defendant <u>Rachelle Ritchie</u>
   (Name)
   is (if a person or private corporation) a citizen of <u>Wisconsin</u>
   (State, if known)
   and (if a person) resides at <u>Greenbay</u>
   (Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____Greenbay Correctional Institution_____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

This is a Civil - Liberties andCivil-Rights action brought by a pro se prisoner charging violations of his first and Eighh Amendment Rights. (1)Defendants had violatedplaintiffs eigth Amendment Rights by failing to protect Mr. Stevens from being abused physically and mentally by both Defendants Mike Ritchie, Rachelle Ritchie(2) that the defendants had engaged in a conspiracy to impose further punishment upon plaintiff to make him stop claiming that he had been assulted (3) that defendant impaired plaintiffs first amendment rights by charging him with a conduct report in order to prevent plaintiff from reporting that he was assulted. Plaintiff recieved 360 days in the hole to silence Mr. Stevens. On August 2018 inmate brandyn stevens was

hired as a canteen/warehouse worker. And never put in a job request to be a canteen/warehouse worker. on August 2018 inmate Brandyn Stevens was asked by rachelle ritchie ~~to perform oral sex~~ on her. september 2018 Rachelle ritchie told inmate stevens that she was in love with Mr. stevens and wanted sex everyday with him. she was his Boss andcould make stuff happen. October 2018 Inmate Brandyn Stevens asked Rachelle Ritchie if they could stop having sex, Rachelle Ritchie then threatenedto fire him and send him to the hole. October2018 Inmate Brandyn Stevens was forced to perform Oral sex on Rachelle Ritchie she threatened to tell her husband about the sex. December2018 Mr.Stevens and Rachelle Ritchie sexual relationship ended in rachelle ritchie being charged with having sex with an inmate. January2019 Mr.Stevens was placed on (tlu) temporary lock up pending a Fraternization investigation conducted by cpt.Swiekatawski, cpt.Swiekatawski knew Rachelle Ritchie was having sex with Brandyn stevens. Febuary 2019 Mr. Stevens had to file a SPN to be moved from the harassment at GBCI segregation where Jay Van Landen is the cpt. Feb2019 Mr.Stevens filed an SPN on Mike Ritchie a sgt.at GBCI who is rachelle Ritchie

HUSBAND. Mr. Stevens was tranfered to columbia correctional Institution for his safety and concern. defendant Rachelle Ritchie acted with callous disregard for mr.stevens rights and human dignity Greebay Correctional Institution knew what took place and tried to cover it up and preventing Mr.Stevens from telling the truth and refused to answer any requests,HSU,and PSU I was refused any help,denied my PREA call Mr. stevens asked for a prea call and was told"NO"

C.  JURISDICTION

☒  I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐  I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

MR. Stevens Seeks (A) Injuctive and declarotary relief

(B) Compensatary and punitive Damages

(C) His Costs and any attorney fees

E. JURY DEMAND

I want a jury to hear my case.

[*] – YES  ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 16TH day of Aug 20 22.

Respectfully Submitted,

*Branden Str* (signature)

Signature of Plaintiff

516270

Plaintiff's Prisoner ID Number

New Lisbon Correctional Institution

PO Box 4000 New Lisbon Wisconsin, 53950

(Mailing Address of Plaintiff)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE

[*] I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.